Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT

for the

_Middly_ District of _Florida_

_Orlando_ Division

Tishawn Merritt

_Plaintiff(s)_
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

I Q Delta International

_Defendant(s)_
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑Yes ☐No

FILED
2023 JUN -8 PM 1:18
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
**(28 U.S.C. § 1332; Diversity of Citizenship)**

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Tishawn Merritt |
| Street Address | 3435 S Orange Ave #B205 |
| City and County | Orlando, Orange |
| State and Zip Code | Florida, 32806 |
| Telephone Number | (407) 907-1467 |
| E-mail Address | IMtishawn@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1

    Name                      IQ data International

    Job or Title *(if known)*

    Street Address           P.O Box 340

    City and County        Bothell

    State and Zip Code     Washington, 98041

    Telephone Number    (888) 313-9662

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.    The Plaintiff(s)

1.    If the plaintiff is an individual

The plaintiff, *(name)*    Tishawn Merritt    , is a citizen of the State of *(name)*    Florida    .

2.    If the plaintiff is a corporation

The plaintiff, *(name)*    , is incorporated under the laws of the State of *(name)*

and has its principal place of business in the State of *(name)*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.    The Defendant(s)

1.    If the defendant is an individual

The defendant, *(name)*    IQ data international    , is a citizen of the State of *(name)*    Washington    . Or is a citizen of *(foreign nation)*    .

2.    If the defendant is a corporation

The defendant, *(name)*    IQ data international    , is incorporated under the laws of the State of *(name)*    Washington    , and has its principal place of business in the State of *(name)*    Washington    .

Or is incorporated under the laws of *(foreign nation)*    ,

and has its principal place of business in *(name)*    .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

---

### III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

On *(date)*  2/17/21 , at *(place)*  Orlando, fl via telephone to Washington the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

I called to inform IQ data international that the account being reported by IQ data to Equifax was fraudulent as I had been a victum of identity theft and never authorize the account. Additional I provide proof of idinty theft.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*  eviction Due to IQ data refusal to remove the fraudulent account I was unable to obtain an apartment rental and was force into homelessness for 23 months until I filed a chapter 7 bankruptcy in order to remove the fraudulent eviction account

### IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.  $10.000.000.00

$150.000 Pain and Suffering for having to live as a homeless person for over 23 months, $15,000.00 aggravated Achilles tendon repair $45,000 for cost to continue education. $5,000 Storage $/5,000. Hotel fees $150.000.00 hip replacement surgery - $150,000.00 emotional distress, $100.000.00 for two lost teeth. And $2,500 for crown. $150.000 mental anguish $200,000 in lost income $250,000.00 ruined reputation.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      6/8/2023

Signature of Plaintiff

Printed Name of Plaintiff      Tishaun Merritt

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

<u>CIVIL COMPLAINT</u>

TISHAWN MERRITT,

PLAINTIFF,                                  Case No.:_____

(To be filled in by the Clerk's Office)

   V.

IQ DATA INTERNATIONAL

DEFENDANT

COMPLAINT WITH JURY DEMAND

(Fair Credit Reporting Act and Florida's Identity Statute, Civil Code § 817.0345)

<u>PRELIMINARY STATEMENT</u>

1. The United States credit reporting system is based upon precise and honest credit reporting. Incorrect or fraudulent credit reporting can directly affect and negatively impact an individual's livelihood. The Fair Credit Reporting Act (FCRA), Public Law No. 91-508, was enacted to ensure accuracy, fairness and the privacy of information assembled by Credit Reporting Agencies (CRAs).

2. The Fair Credit Reporting Act ( FCRA) establishes a cause of action that enables a consumer to sue and recover damages for violations. Under the FCRA, credit reporting agencies are charged with the responsibility to diligently investigate and reinvestigate a consumer's dispute of inaccurate or fraudulent information, and to judiciously correct or remove all inaccurate information.

3. This is an action for monetary, injunctive, and other equitable and statutory relief, brought pursuant to the Florida Statutes Chapter 768 Section 72 in the United States District Court Middle District of Florida which has Jurisdiction.

## PARTIES

4. The Plaintiff (Tishawn Merritt) is a consumer as defined by 15 U.S.C. § 1681a(c), and resident of Orlando, Florida.

5. The Defendant IQ Data International is a for profit third-party debt collector that furnishes information to consumer reporting agencies for profit.

6. IQ Data International is located in the State of Washington and is therefore under the obligations of all debt collectors according to the Fair Credit Reporting Act, 15 U.S.C. § 1681s-2. IQ Data International may be served with process at P.O. Box 340, Bothell, Washington 98041

7. The defendant IQ Data International is at fault for negligently purchasing and compiling for a profit fraudulent account information pertaining to Merritt the Plaintiff and continuously updating and reporting the fraudulent account to Equifax a for profit credit reporting agency for 23 months after being informed the eviction account being reported was fraudulent which § 1692e(8) prohibits communicating or threatening to communicate to any person credit information which is known or which should be known to be false, including the failure to communicate that a disputed debt is disputed.

8. Additional, IQ Data International violated the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692, et seq. ("FDCPA") by refusing to remove the fraudulent eviction account after being informed by Merritt the Plaintiff that the account was fraudulent.

9. IQ Data International a for profit third party debt collector began reporting the fraudulent eviction account on Merritt the Plaintiff's in December, 2019 to Equifax a for profit credit reporting agency without investigating the validity of the fraudulent eviction account that continues to

negatively affect Merritt the Plaintiff's physical health, mental well-being, credit status, credit-worthiness, credit-standing, credit capacity, overall credit reputation and livelihood.

On December 11, 2019 the defendants IQ Data International began negligently reporting the fraudulent eviction account to Equifax a credit reporting agency which reported the fraudulent account in Merritt the Plaintiff's credit file. As a result of the defendant IQ data's negligent business practices and refusal to discontinue reporting a fraudulent eviction account to Equifax a credit reporting agency;

    a. Merritt the Plaintiff  a then 43 year identity theft victim was forced to remain in homelessness for 23 consecutive months after being denied apartment rentals due to the fraudulent eviction account reported by the defendant IQ Data International a for profit debt collector to Equifax a credit reporting agency.

    b. Merritt the Plaintiff  was brutally assaulted as a result of homelessness caused by the defendant IQ data's negligently continuing to report the fraudulent eviction account to Equifax who in turn reported the fraudulent account on Merritt the Plaintiff's credit report.

    c. Merritt the Plaintiff has lost the normal function of right hip and shoulder due to cartilage damage as a result of sleeping on the concrete ground and other hard surfaces while homelessness caused by IQ data's business negligence.

    d. Merritt the Plaintiff has suffered two broken teeth due to tooth decay as a result of homelessness.

    e. Merritt the Plaintiff contracted Pediculus humanus capitis (head lice) due to homelessness which caused Merritt the Plaintiff to have missing patches of hair.

    f. Merritt the Plaintiff's mental health subsequently declined due to the mental strain and trauma of homelessness. Merritt the Plaintiff now battles with severe depression and hopelessness. Merritt the Plaintiff relationship with her two children has been severed as a result of her homelessness which has affected Merritt the Plaintiff's emotional and mental well-being caused by IQ data's

3

wanton refusal to remove the fraudulent eviction account being reported to

Equifax for a profit..

g.   Merritt the Plaintiff had no other option but to donate plasma for money due to

homelessness which Violated Merritt the plaintiff's religious beliefs thus adding

to Merritt the Plaintiff's mental and emotional stress caused by the fraudulent

eviction account being reported by the defendant IQ data International.

h.   Merritt the Plaintiff has suffered the loss of personal and business relationships.

Merritt the Plaintiff business reputation has been refutable damaged as a result of

homelessness which consequently has affected Merritt the Plaintiff's self-esteem

and mental well-being.

i.   Merritt the Plaintiff  additional suffered the lost of a 21 year online $85,000.00

grossing limousine business due to homelessness status caused by the fraudulently

eviction account being reported to Equifax a credit reporting agency by the

defendant IQ data which continues to cause Merritt the Plaintiff financial distress.

j.   Merritt the Plaintiff's has been denied employment opportunities due to lack of a

stable residence as a result of homeless caused by the defendant IQ data's

negligently reporting a fraudulent eviction account to Equifax a credit reporting

agency.

k.   Merritt the Plaintiff has lost some ability to function in society as a result of

chronic homelessness due to the defendant IQ data's negligently reporting a

fraudulently eviction account to Equifax a credit reporting agency.

l.   After several failed dispute attempts and request made to the defendant IQ data to

cease reporting the fraudulent eviction account to Equifax, Merritt the Plaintiff

was forced to file a Bankruptcy chapter 7 petition on September 15, 2022 as a last

resort, which will remain on Merritt the Plaintiff's credit report for the next 10

years negatively impacting Merritt the Plaintiff's credit worthiness.

m. Merritt the Plaintiff 's filing of a 7 bankruptcy in order to secure an apartment rental in November of 2022 has caused Merritt the Plaintiff to be denied a Grad plus student loan which Merritt the Plaintiff was previously eligible for prior to filing for Bankruptcy as bankruptcy filing is an automatic denial criteria for a Government funded Grad plus loan which is necessary for Merritt the Plaintiff to reclaim her life and fulfill her goals.

8   According and pursuant to provisions in the FCRA, Merritt the Plaintiff has legal interest in the defendant IQ Data International accurately fulfilling the required standard of duty care under the FCRA, which is to ensure that all information is accurately reported and maintained by IQ Data International a for profit debt collecting agency that purchases debt accounts and sells the accounts to Equifax and other crediting reporting agency for a fee.

9   Merritt the Plaintiff is seeking damages against the defendant IQ Data International for negligently reporting a fraudulent eviction account information to Equifax who then reported the fraudulent eviction account in Merritt the Plaintiff's credit file to potential creditors.

10  IQ Data International willfully refused to remove the fraudulent account and continued to report the fraudulent account for 23 months after Merritt the Plaintiff supplied IQ Data International a for profit business with supporting documentation showing that Merritt the Plaintiff had been a victim of identity theft and the eviction account was secured by the identity thief not Merritt the Plaintiff.

11  The defendant IQ data international a for profit business failed to follow Section 623 of the FCRA and Regulation V which asserts a furnisher must not furnish inaccurate or fraudulent account information and a result of IQ data international's failure to adhere to the industry duty of care standards and the FCRA standards Merritt the Plaintiff was forced into homelessness and remained in homelessness suffering for 23 months.

12  The defendant IQ Data international's negligent business practices allows this suit to be brought against the defendant pursuant to the Fair Credit Reporting Act, 15 USC §1681 et seq., and Florida's Identity Theft Statute, 817.0345.

13  Merritt Plaintiff  is seeking Consequential, compensatory and punitive damages in the amount of 10 million dollars from IQ Data International the defendant, Under Florida Statutes Chapter 768 Section 72 for its negligent businesses practices, res ipsa negligence, rima facie Libel defamation, mental anguish, emotional distress, loss of income, hip, neck, shoulder, tail bone and ankle pain caused by the defendant's IQ data international's continuous reckless and negligent reporting of a fraudulent eviction account and willfully refusing to remove the fraudulent eviction account from Merritt the Plaintiff's credit file being reported by IQ data to Equifax a credit report agency after receiving evidence that Merritt the Plaintiff's had in fact been a victim of Identity theft  given this court jurisdiction pursuant to 15 USC §1681p, 28 USC § 1332 and 28 USC § 1367(a)

14  The evidence will show Merritt the Plaintiff signature was forged on the leasing contract with Eastmar Commons apartments the original contract holder and the company which IQ Data International a for profit business purchased the fraudulent eviction account information being reported by IQ data international to Equifax a for profit credit reporting agency.


<u>Facts Relating to Case</u>

15  Merritt the Plaintiff is a victim of identity theft.

16  On February 5, 2021 Merritt the Plaintiff reported to the Authorities that she had been a victim of Identity theft.

17  On February 12, 2021 Merritt the plaintiff's attempted to lease an apartment after fleeing a domestic violence relationship.

18   Merritt the Plaintiff's apartment rental application was denied due to a fraudulent eviction account being reported by IQ Data International a for profit business to Equifax a for profit credit reporting agency.

19   Merritt the plaintiff immediately requested a credit report from credit karma which showed the fraudulent eviction account being reported by IQ Data International on Merritt the Plaintiff's Equifax credit report.

20   On February 15, 2021 Merritt the Plaintiff notified IQ Data International stating that she had been a victim of identity theft and to inquire about the procedure to file a dispute to remove the fraudulent account being reported by IQ data. An IQ data representative named Chris told Merritt the Plaintiff  an identity theft packet would be mailed and once the package was received and returned to IQ data a dispute claim could then be processed disputing the fraudulent eviction account.

21   Merritt the Plaintiff then notified the Federal Trade Commission (FTC), the Internal Revenue Services(IRS)—to inform all of the above about her being an identity theft victim.

22   In April of 2021 Merritt the Plaintiff contacted IQ data to inform an IQ data representative that she still hadn't received the promised identity theft package and the representative took her mailing information once again and promised Merritt the Plaintiff that she would receive the identity theft package shortly.

23   In June of 2021 Merritt the Plaintiff once again contacted  IQ data because she still had not received the identity theft dispute package from IQ data as promised, at which time Merritt the Plaintiff was told by another IQ data representative that an additional theft package would be mailed out.

24   In July of 2021 Merritt the Plaintiff received the identity theft packet from IQ Data International and returned it via USP mail along with supporting documentation showing that Merritt the Plaintiff had in fact been a victim of Identity theft.

7

25  On October 29, 2021 Merritt the Plaintiff phoned IQ data International to inquire about the status of her dispute and spoke with an IQ data representative named Chris who informed Merritt the Plaintiff that IQ data was in receipt of Merritt the Plaintiff's documents including a notarized affidavit and that the documents were sufficient to prove Merritt the Plaintiff had been an identity theft victim however Merritt the Plaintiff needed to send IQ data a piece of correspondence showing where Merritt the Plaintiff resided and at that time Merritt the Plaintiff and Chris the IQ data representative over a recorded line began to verbally disagree and yelling ensued as to why the additional information was being required by IQ data. During Merritt the Plaintiff and Chris the IQ data representative's heated exchange, Chris the IQ data representative yelled at Merritt the Plaintiff saying that" it was your fault that you've been a victim of identity theft" which was a flagrant violation of FCRA standards.

26   Merritt the Plaintiff immediately hung up the phone and placed a return call to IQ data after gathering herself  to speak with another representative who informed her that at that time the document did show that Merritt the Plaintiff was an Identify theft victim and were sufficient and IQ data would Mail a notice of the companies decision to Merritt the Plaintiff within 30 days of receiving the documents.

27  On November 18, 2021 Merritt the Plaintiff filed a claim with the Better Business Bureau (BBB)  against IQ data international for failing to remove the fraudulent eviction account from Merritt the Plaintiff credit file.

28  On April 11, 2022 Merritt the Plaintiff sent a Final demand dispute letter Via certified mail to IQ Data International a for profit debt collecting business warning of legal action if the fraudulent account was not removed within 30 days from the date the letter was mailed.

29  On April 25, 2022 Merritt the Plaintiff received correspondence from IQ data International in response to the certified demand letter dated April 11, 2022 acknowledging receipt of Merritt the Plaintiff's demand letter. IQ data's response letter dismissed Merritt the Plaintiff's request

8

to remove the fraudulent eviction being reported to Equifax a for profit credit reporting agency

30  On September 15, 2022 while still homeless Merritt the Plaintiff after exhausting seeming all options Merritt the Plaintiff filed a chapter 7 bankruptcy petition.

31  On November 3, 2022 the Plaintiff filed a complaint with the Consumer Financial Protection Bureau (CFPB)

32  On November IQ Data International responded to Merritt the Plaintiff's CFPB compliant falsely claiming that Merritt the Plaintiff did not provide a police report or affidavit to IQ data

33  On December 28, 2022 Merritt the Plaintiff chapter 7 bankruptcy petition was granted and discharged.

34  On May 1, 2023 Merritt the Plaintiff applied for a Grad Plus student loan and was denied due to Chapter 7 Bankruptcy on Merritt the Plaintiff credit report.


## FIRST CLAIM FOR RELIEF

(Negligent Noncompliance with FCRA—Against IQ Data International )

35.  IQ Data International negligently failed to comply as a for profit debt collector with the requirements of FCRA by :

(a) failing to comply with the requirements in 15 USC §1681e(b);

(b) failing to comply with the requirements in 15 USC §1681i;

(c) failing to comply with the requirements in 15 USC §1681b(a); and (d) failing to comply with the requirements in 15 USC §1681g.

36. Merritt the Plaintiff is currently unaware of all the facts of this case and may learn through discovery of other violations of the FCRA by these defendants. Plaintiff reserves the right to amend this complaint to add such violations as they become known.

37. As a result of defendants' failure to comply with the requirements of

FCRA, Merritt the Plaintiff has suffered, and continues to suffer, actual damages including lost opportunity to receive credit, increased cost for credit, damage to reputation, invasion of privacy, emotional distress, mental anguish, hip, neck, shoulder, tail bone an ankle pain all suffered as a result of homelessness caused by IQ Data International for 23 months continuing to report a fraudulent eviction account to Equifax a credit reporting agency.

## SECOND CLAIM FOR RELIEF

(Willful Noncompliance with FCRA—Against IQ Data International )

38. IQ Data International negligently failed to comply as a for profit debt collector with the requirements of FCRA by :

(a) failing to comply with the requirements in 15 USC §1681e(b);

(b) failing to comply with the requirements in 15 USC §1681i;

(c) failing to comply with the requirements in 15 USC §1681b(a); and (d) failing to comply with the requirements in 15 USC §1681g.

39.  Merritt the Plaintiff is currently unaware of all the facts of this case and may learn through discovery of other violations of the FCRA by these defendants. Plaintiff reserves the right to amend this complaint to add such violations as they become known.

40. As a result of defendants' failure to comply with the requirements of FCRA, plaintiff has suffered, and continues to suffer, actual damages including lost opportunity to receive credit, increased cost for credit, damage to reputation, invasion of privacy, emotional distress, mental anguish, hip, neck, shoulder, tail bone an ankle pain all suffered as a result of homelessness caused by IQ Data International's refusal for 23 months to cease reporting a fraudulent eviction account to Equifax a for profit credit reporting agency.

## THIRD CLAIM FOR RELIEF

(18 U.S.C § 1028 - Federal Identity Theft Law)

41. Merritt the Plaintiff is the victim of identity theft as defined by 18 U.S.C § 1028 - Federal Identity Theft Law

42. IQ data International's connection with a transaction procured through the identity theft which Merritt the Plaintiff provided documentation to IQ data International a for profit third party debt collector showing that Merritt the Plaintiff had been an identity victim that did not authorize the lease agreement with Eastmar Commons apartments or enter into a lease agreement with Eastmar commons apartments.

43. Merritt the Plaintiff sent several written notices to IQ data International and had several conversations with IQ data representatives pleading to have the fraudulent eviction account removed. Merritt the Plaintiff included a valid copy of the police report she filed along with IRS verified Identity theft identity theft form, Federal trade commissions report, court documents and the copy of the fraudulently signed lease along with her valid drivers  with signature to IQ data

44. IQ Data International failed to thoroughly investigate Merritt the Plaintiff's identity theft documents and continued reporting and updating the fraudulent eviction account to Equifax a for profit credit reporting agency after being presented with facts and documents showing Merritt the Plaintiff was the victim of identity theft which continues to cause Merritt the Plaintiff to suffer as a result of IQ data's negligence.


## CLAIM FOR MONETARY DAMAGES

Merritt the Plaintiff prays for judgment against IQ Data International the defendant as follows:

A claim for consequential, compensatory and punitive damages in the total amount of $10 million dollars be awarded to Merritt the Plaintiff from  IQ Data International a for profit debt collecting company and defendant, Under Florida Statutes Chapter 768 Section 72 for dereliction of duty and standard of care under the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §§ 1692-1692p and Fair Credit Reporting Act (FCRA)and for negligent businesses practices, res ipsa negligence rima facie Libel defamation, mental anguish, emotional distress, loss of income, hip, neck, shoulder, tail

bone and ankle pain and suffering and all expenses Merritt the Plaintiff incurred while living in homelessness as a result the defendant's IQ data International's continuous negligent reporting and updating of a fraudulent eviction account IQ Data International willfully refused to remove the fraudulent eviction account from Merritt the Plaintiff's credit file after receiving evidence that Merritt the Plaintiff's had in fact been a victim of Identity theft. The negligent business practice of IQ Data caused Merritt to suffer physical and mental damages because of IQ data's refusal to adequately investigate the documents Merritt the Plaintiff continued to provide IQ data International for 23 months proving the eviction account IQ data International purchased from Eastmar apartments the original contract holder was obtained fraudulently using Merritt the Plaintiff previously established good credit rating and payment history fraudulently.

Tishawn Merritt

12