# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

TISHAWN MERRITT,

        Plaintiff,

v.                                       Case No:   6:23-cv-1075-PGB-LHP

IQ DATA INTERNATIONAL,

        Defendant

_____

## ORDER

This cause came on for consideration without oral argument on the following

motion filed herein:

| | |
|---|---|
| **MOTION:** | **REQUEST FOR CASE MANAGEMENT CONFERENCE   (Doc. No. 22)** |
| **FILED:** | **October 31, 2023** |

**THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The motion fails to comply with the Local Rules, including Local Rules 1.08,

3.01(a), and 3.01(g).   Plaintiff may renew her motion in full compliance with the

Local Rules.   *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir.), *cert. denied*, 493 U.S.

863 (1989) (a *pro se* litigant "is subject to the relevant law and rules of court,

including the Federal Rules of Civil Procedure.").   The Court's October 30, 2023 Order to Show Cause (Doc. No. 21) remains pending, as does the deadline for Plaintiff to file a written response.

DONE and ORDERED in Orlando, Florida on November 2, 2023.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties